KEVIN H. BRECK, WSBA No. 39183
NANCY L. ISSERLIS, WSBA No. 11623
C. MATTHEW ANDERSEN, WSBA No. 6868
WINSTON & CASHATT
601 W. Riverside, Ste. 1900
Spokane, WA 99201
Telephone: (509) 838-6131

Attorneys for Defendant
STANLEY STEEMER INTERNATIONAL, INC.

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 30 2009

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY and GLADYS FLEETWOOD, Husband and Wife; WOLVERINE, INC., a Washington Corporation; and REX and LUCINDA E. ROZMUS, Husband and Wife,<br><br>Plaintiffs,<br><br>vs.<br><br>STANLEY STEEMER INTERNATIONAL, an Ohio Corporation,<br><br>Defendant. | No. CV-09-152-LRS<br><br>**ORDER ON MOTION FOR PRELIMINARY INJUNCTION** |

This matter is before the Court upon Stanley Steemer International, Inc.'s (hereinafter "Stanley Steemer") Motion for preliminary injunction, filed on September

ORDER ON MOTION FOR PRELIMINARY INJUNCTION - 1

16, 2009. The Court, upon the consent and agreement of the parties, hereby **ORDERS** as follows:

1. Immediately upon entry of this order, Mr. Fleetwood and/or Wolverine, Inc., shall surrender to Stanley Steemer the four inoperable vans described in paragraph 1.1 of Mr. Fleetwood's October 23, 2009, supplemental declaration and the van identified by VIN 1FTNE24L75HB04551.

2. Within 14 days of the entry of this order, Mr. Fleetwood and/or Wolverine, Inc., shall have painted all vans used in any carpet or upholstery cleaning business conducted by Mr. Fleetwood or Wolverine, Inc., the color white. Plaintiffs shall provide VINs for these vans to Defendant's counsel no later than 5:00 pm on October 30, 2009.

3. Immediately upon the painting of said vans, Mr. Fleetwood and Wolverine, Inc., shall notify counsel for Stanley Steemer and shall provide counsel the reasonable opportunity to inspect the vans and verify that such painting has occurred. Upon such verification and presentation of valid invoices demonstrating that the painting has been completed, Stanley Steemer shall pay the painting company directly up to the amount not to exceed $2,800.

4. Immediately upon entry of this order, Mr. Fleetwood and Wolverine, Inc. shall transfer to Stanley Steemer the following telephone lines: 509-926-1111, 509-465-9270, and 509-533-9925.

5. For a period of 30 days after the entry of this order, the telephone lines identified in the preceding paragraph shall be directed to an IVR (Interactive Voice Response) in which callers will be prompted to "Press 1 if you are calling for Stanley Steemer; Press 2 if you are calling for Wolverine, Inc." Stanley Steemer shall set up and pay the reasonable costs associated with creating this IVR. Upon expiration of the 30-day period, Stanley Steemer shall have full ownership of the telephone lines and may direct those lines in any manner it sees fit.

6. Mr. Fleetwood and Wolverine, Inc., and each of them, immediately agree to:

   a. cease using the name Stanley Steemer, or any variation thereof, and all Stanley Steemer Trademarks owned by Stanley Steemer and shall not thereafter, directly or indirectly, represent to the public that the business is a Stanley Steemer business or hold themselves out as a present or former franchise owner of Stanley Steemer. *Advertising flyers heretofore ordered by Plaintiff not placed in the mail prior to this date shall be withheld from mailing.*

ORDER ON MOTION FOR PRELIMINARY INJUNCTION - 3

b.   cease using, by advertising or in any manner whatsoever, any products or supplies in which Stanley Steemer has a proprietary right, title or interest, and, in particular, Franchise Owner shall cease using, without limitation, all signs, machines, vehicles, equipment, advertising materials, stationery, forms, and any other articles which display in any form the Stanley Steemer Trademarks or other indicia associated with the Stanley Steemer System.

c.   deliver to Stanley Steemer all manuals, bulletins and other written materials supplied or loaned to Mr. Fleetwood and/or Wolverine, Inc. by Stanley Steemer, including in particular, any materials describing any information about the Stanley Steemer System cleaning methods, whether or not such information constitutes trade secrets.

d.   deliver to Stanley Steemer all advertising materials provided to Mr. Fleetwood and/or Wolverine, Inc. in accordance with the terms of this agreement.

e.   in the event Mr. Fleetwood and/or Wolverine, Inc. operates any business, not to use any reproduction, copy or colorable imitation of

ORDER ON MOTION FOR PRELIMINARY INJUNCTION - 4

the Stanley Steemer Trademarks or Stanley Steemer System in conjunction with such other business which is likely to cause confusion or mistake or to deceive, and further agrees not to utilize any trade dress or designation of origin or description or representation which falsely suggests or represents an association or connection with Stanley Steemer. Further, Mr. Fleetwood and Wolverine, Inc. shall make such modifications or alterations to the business premises, vehicles and machines immediately upon termination as may be necessary to prevent the operation of any business by himself or herself or others in derogation of this Article and shall make such specific additional changes thereto as Stanley Steemer may reasonably request for that purpose, including but not limited to, removing or painting over any and all names, marks and insignia identifying Stanley Steemer in any way so that the same are in no way visible.

7.  Mr. Fleetwood, Wolverine, Inc. and Stanley Steemer agree to execute any and all documents that may be reasonably necessary to effectuate the terms of this order.

8. Failure to comply with the terms of this order may result contempt of court.

**IT IS SO ORDERED.**

Date: 10/30/09
9:40 AM.

Honorable ~~Lonnie~~ R. Suko
*Lonny*

Agreed to and presented by:

*orally approved on the record*     *orally approved on the record*

Michael A. Maurer, WSBA #20230
H.E. Stiles, II, WSBA #00680
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 W. Sprague Avenue
Spokane, WA 99201-0466
(509) 455-9555 / Fax: (509) 747-2323

*Attorneys for Plaintiffs*

Kevin H. Breck, WSBA #39183
Nancy L. Isserlis, WSBA #11623
C. Matthew Andersen, WSBA #6868
Winston & Cashatt
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131 / Fax: (509) 838-1416

Suzanne K. Richards, Pro Vac Vice
Ohio Bar #0012034
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
(614) 464-6458 / Fax: (614) 719-4920

*Attorneys for Defendant*
*Stanley Steemer International, Inc.*

ORDER ON MOTION FOR PRELIMINARY INJUNCTION - 6