UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

```
ANTHONY FLEETWOOD, et al,    )
                             )
              Plaintiffs,    )   NO.  CV-09-0152-LRS
                             )
    v.                       )   ORDER DENYING MOTION FOR ENTRY
                             )   OF STIPULATED PROTECTIVE ORDER
STANLEY STEEMER INTERNATIONAL,)
                             )
              Defendant,     )
_____)
```

BEFORE THE COURT is the parties' Stipulation and Proposed Order Granting Protective Order (Ct. Rec. 78), filed on March 22, 2010.

Because public policy concerns which arise from entry of broad protective orders may have unintended effects beyond the scope of the pending litigation, the undersigned judicial officer declines to enter the proposed order heretofore submitted. However, nothing contained herein is intended to preclude enforcement of an otherwise valid agreement where required by the facts hereafter presented to the Court.  Accordingly, unless otherwise advised, the Court will proceed on the assumption that in signing the stipulation set forth in Ct. Rec. 78, the parties entered into a mutually negotiated agreement which is intended to govern those aspects of this litigation covered by its terms.
///

ORDER DENYING MOTION FOR ENTRY . . . - 1

1 | The parties' motion for entry of the proposed stipulated
2 | protective order, **Ct. Rec. 78,** is **DENIED.**
3 | **IT IS SO ORDERED.**  The District Court Executive is directed
4 | to file this order and provide copies to counsel.
5 | DATED this 29th day of March, 2010.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR ENTRY . . . - 2